

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00270-CV

**IN THE INTEREST OF D.M.M., JR.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02280
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  June 13, 2018

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal an order signed on April 11, 2018, terminating her parental rights to her son, D.M.M., Jr. The order is entitled "Interlocutory Order of Termination" and states that the parental rights of the father have not been adjudicated. Because the order did not dispose of all parties and no severance order appears in the record, we ordered appellant to show cause in writing by May 21, 2018 why this appeal should not be dismissed for lack of jurisdiction. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001); *In re L.M.H.*, No. 04-12-00168-CV, 2012 WL 2022869, at *1 (Tex. App.—San Antonio June 6, 2012, no pet.). Appellant filed a response conceding this court lacks jurisdiction over this appeal. Having confirmed the order of termination

is interlocutory and the record does not contain a severance order, we must dismiss this appeal.[1]

*See id.* Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

---

[1] This dismissal does not prevent appellant from later pursuing a timely appeal from a final judgment in this case.